People v Degree (2025 NY Slip Op 04918)

People v Degree

2025 NY Slip Op 04918

Decided on September 10, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 10, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BETSY BARROS
ROBERT J. MILLER
SUSAN QUIRK, JJ.

2017-12918
 (Ind. No. 1153/15)

[*1]The People of the State of New York, respondent,
v
Dontae Degree, appellant.

Dontae Degree, Elmira, NY, appellant pro se. 
Susan Cacace, District Attorney, White Plains, NY (Virginia A. Marciano and William C. Milaccio of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 5, 2020 (People v Degree, 186 AD3d 501), affirming a judgment of the County Court, Westchester County, rendered October 25, 2017.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., BARROS, MILLER and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court